**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1450**

─────────────

SUZANNE FOX POPPER, as Executrix of the Estate of Janice Fox,

Plaintiff - Appellant,

v.

HARTFORD FINANCIAL SERVICES GROUP, INC.; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:22-cv-00148-D-RN)

─────────────

Submitted:  February 22, 2024                    Decided:  February 26, 2024

─────────────

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

**ON BRIEF:** Steven D. Corriveau, H. Forest Horne, Jr., MARTIN & JONES, PLLC, Raleigh, North Carolina, for Appellant.  Nikole M. Crow, Gemma L. Saluta, WOMBLE BOND DICKINSON (US) LLP, Atlanta, Georgia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Suzanne Fox Popper, as executrix of the Estate of Janice Fox, appeals the district court's order granting Defendants' motion to dismiss Popper's claims for breach of contract and violation of North Carolina's Unfair and Deceptive Trade Practices Act. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Popper v. Hartford Fin. Servs. Grp., Inc.*, No. 7:22-cv-00148-D-RN (E.D.N.C. Apr. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2